**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1243**

---

JOYCE S. KIMBLE,

                                    Plaintiff - Appellant,

        versus

MONTGOMERY COUNTY GOVERNMENT; MONTGOMERY
COUNTY BOARD OF EDUCATION; MARYLAND STATE
BOARD OF EDUCATION; JAMES WILLIAMS, Dr.,
Deputy Superintendent, Montgomery County
Public Schools; ELIZABETH ARONS, Dr.,
Director, Montgomery County Public Schools;
ANN KAMENSTEIN, Compliance Specialist,
Montgomery County Public Schools; JERRY D.
WEAST, Dr., Superintendent, Montgomery County
Public Schools; MONTGOMERY COUNTY PUBLIC
SCHOOLS,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
02-2711-PJM)

---

Submitted:  April 17, 2003          Decided:  April 22, 2003

---

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joyce S. Kimble, Appellant Pro Se.  Patricia Prestigiacomo Via, Assistant County Attorney, Rockville, Maryland; John Joseph Curran, Jr., Attorney General, Dana Hendricks Murray, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joyce S. Kimble appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Kimble v. Montgomery County Gov't, No. CA-02-2711-PJM (D. Md. filed Jan. 23, 2002 & entered Jan. 24, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2